Isabella Neale, Respondent, v. John Walter, Appellant.

*Neale* v. *Walter*, 128 App. Div. 827, appeal dismissed.
(Submitted January 4, 1909; decided January 19, 1909.)

Appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 20, 1908, which reversed an order of Special Term dismissing the complaint in an action under sections 1638 and 1639 of the Code of Civil Procedure to determine an adverse claim to real property.

*Max Schleimer* for appellant.

*Frederick W. Block* for respondent.

Appeal dismissed, with costs, on the ground that the order is not appealable to this court; no opinion.

Concur: Cullen, Ch. J., Edward T. Bartlett, Vann, Werner, Willard Bartlett, Hiscock and Chase, JJ.

---

The People of the State of New York ex rel. Patrick Shanley, Appellant, v. Theodore A. Bingham, as Police Commissioner of the City of New York, et al., Respondents. (No. 1.)

*People ex rel. Shanley* v. *Bingham*, 126 App. Div. 946, affirmed.
(Submitted January 5, 1909; decided January 19, 1909.)

Appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 12, 1908, which dismissed a writ of certiorari and confirmed the proceedings of the defendant Bingham as police commissioner in dismissing the relator from the police force of the city of New York.

*J. J. Bennett* for appellant.

*Francis K. Pendleton, Corporation Counsel (Theodore Connoly* and *Royal E. T. Riggs* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: Cullen, Ch. J., Edward T. Bartlett, Vann, Werner, Willard Bartlett, Hiscock and Chase, JJ.